IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TERRANCE MOSES, | Civil No. 06-1150-KI |
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Defendant | |

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5,334.36 should be awarded to Plaintiff pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412. The check shall be mailed to Plaintiff's attorney's office: Attention Richard A. Sly, 1001 SW 5th Avenue, Suite 310, Portland, Oregon 97204.

DATED this __26__ day of __July__, 2007.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
(206) 615-3748
Of Attorneys for Defendant

Page 1    ORDER - [06-1150-KI]